1
2
3
4
5
6
7

FILED

APR - 2 2008

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION OF SANTA ANA
BY _____ DEPUTY

8    UNITED STATES DISTRICT COURT
9    CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) | Case No.: SA 08-138-M |
| 12 | Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| 13 | vs. | ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| 14 | Seibert, Robert | ) | |
| 15 | Defendant. | ) | |

16

17    The defendant having been arrested in this District pursuant to a warrant issued
18 by the United States District Court for the ___District of New Jersey___,
19 for alleged violation(s) of the terms and conditions of his/her [probation] [supervised
20 release]; and
21    The Court having conducted a detention hearing pursuant to Federal Rule of
22 Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23    The Court finds that:
24 A.   [X] The defendant has not met his/her burden of establishing by clear and
25    convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
26    3142(b) or (c). This finding is based on ___background unverified;
27    bail resources unconfirmed; use of multiple
28    personal identifiers; noncompliance with___

1  _Supervision conditions_

3  and/or

4  B. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _criminal history record, and evidence that def cont to engage in illegal conduct while under supervision_

13  IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

16  DATED: _4/2/08_

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE